IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:   16-cr-00120-RBJ | Date:  November 7, 2016 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Julie Thomas |
| Interpreter:       N/A | Probation:  Matthew Gill |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff**<br><br>v.<br><br>2.  PATRICK WILLIAMS<br>3.  FRANK BEDOLOTO<br>4.  POWERLAB NUTRITION LLC<br>**Defendants** | Jaime A. Pena<br><br><br><br>Martin A. Dietz<br>Nicole H. Waid<br>Fredric M. Winocur |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     8:16 a.m.

Appearances of counsel.

Defendants are present on bond

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [107] Government's Motion to Dismiss Remaining Counts of the Indictment as to Frank Bedoloto is **GRANTED.**

[108] Government's Motion to Dismiss Remaining Counts of the Indictment as to Powerlab Nutrition LLC is **GRANTED.**

[109] Government's Motion to Dismiss Remaining Counts of the Indictment as to Patrick Williams is **GRANTED.**

**ORDERED:** Defendant Frank Bedeloto shall be **sentenced to probation** for **5 years** as to Count One of the Indictment.

**Standard/Mandatory/Discretionary Conditions** of Probation, as stated on the record, including a **fine of $5,000** and a **$100.00** Special Assessment fee, to be paid immediately.

**ORDERED:** Defendant Patrick Williams shall be **sentenced to probation** for **5 years** as to Count One of the Indictment.

**Standard/Mandatory/Discretionary Conditions** of Probation, as stated on the record, including a **fine of $5,000** and a **$100.00** Special Assessment fee, to be paid immediately.

**ORDERED:** Defendant Powerlab Nutrition LLC shall pay a **fine of $100,000** as to Count One of the Indictment and a **$100.00** Special Assessment fee, to be paid immediately.

Defendants are advised of their right to appeal. Any notice of appeal must be filed within 14 days.

**Court in recess:**  9:05 a.m.          Hearing concluded.          Total time:     00:49